FILED
CLERK
December 18, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DOUGLAS ENGSTROM ) | Case No. 2:23-MJ-01122 (JMW) |
| ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/18/23

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Evan Sugar, Esq.
*Printed name and bar number of defendant's attorney*

Federal Defenders of New York, Inc.
770 Federal Plaza
Central Islip, New York  11722

*Address of defendant's attorney*

evan_sugar@fd.org
*E-mail address of defendant's attorney*

(631) 712-6500
*Telephone number of defendant's attorney*

(631) 712-6505
*FAX number of defendant's attorney*